No. —, original. EX PARTE JESSE C. DUKE. March 14, 1938. Motion for leave to file petition for writ of habeas corpus denied.

No. —, original. EX PARTE NAT J. HUMPHRIES. March 14, 1938. Motion for leave to file petition for writ of habeas corpus denied.

No. 13. UNITED GAS PUBLIC SERVICE CO. v. TEXAS ET AL. March 14, 1938. It is ordered that the opinion in this cause be amended by striking out the period after the words "and return" in line 3, on page 14, and inserting the words "for the period to which the evidence before the Court appropriately related and not simply for the years 1932 and 1933." The petition for rehearing is denied. Reported as amended, *ante,* p. 123.